**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

July 21, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Sebastian Ramos*, 20 Cr. 333 (LTS)

Dear Judge Swain,

    I write on consent (Assistant U.S. Attorney Jerrod Schaeffer) to respectfully request that the Court extend the deadline for securing co-signers on Mr. Ramos's personal recognizance bond to July 27, 2020.

    On July 6, 2020, Magistrate Judge Netburn imposed bail conditions, including a $75,000 personal recognizance bond to be co-signed by three financially responsible persons, with the co-signers to be secured by July 20, 2020. As of this writing, three potential co-signers have been interviewed by the government, but have not yet been approved. Accordingly, we respectfully request that the Court extend the deadline for securing the co-signers to July 27, 2020. Since his release on July 6, 2020, Mr. Ramos has been wholly compliant with all the conditions of his release.

    Thank you for your consideration of this matter.

Respectfully Submitted

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

The requested deadline extension is granted. DE#18 resolved.
SO ORDERED.
7/21/2020
/s/ Laura Taylor Swain, USDJ

cc:   Jarrod Schaeffer, Esq., by ECF