**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 29, 2020

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Martinez-Aguilar*, *et al*, 20 Cr. 333 (LTS)

Dear Judge Swain:

I represent defendant Sebastian Ramos in the above-captioned case.

The Government has submitted a letter motion and proposed protective order – Dkt. No. 24 – and I write to respectfully request the opportunity to respond on the grounds that the proposed order is overbroad. I respectfully request that the Court set July 30, 2020 as the deadline for my response. The Government – per Assistant U.S. Attorney Jarrod Schaeffer – does not object to the filing of the response or the proposed schedule.

Thank you for your consideration of this request.

Respectfully submitted,

The request for leave to file a response on July 30, 2020, is granted.  DE# 25 resolved.
SO ORDERED.
7/29/2020
/s/ Laura Taylor Swain, USDJ

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Jarrod Schaeffer and Rushmi Bhaskaran Esqs., by ECF