UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                           No.  20 CR 333 (LTS)

JOSE SERGIO MARTINEZ-AGUILAR et al.,

        Defendant(s).

-------------------------------------------------------x

## ORDER

On July 20, 2020, the Court previously scheduled a pre-trial conference in the above captioned case contemplating the participation of only Defendants Sebastian Ramos and Ricardo Ruiz-Salinas, who is currently located at the Metropolitan Correctional Center, due to the location of the remaining defendants outside of the Southern District of New York (the "District").  (See docket entry no. 17.)  On August 5, 2020, the Government informed the Court that Defendants Jose Sergio Martinez-Aguilar and Miguel Lovos have been transferred into the District.  Defendant Vladimir Pulstilinkov remains in transit to this District.  Due to a lack of available technology necessary to guarantee the participation of each of the defendants, the previously scheduled pre-trial videoconference is hereby cancelled.  The Court will hold a teleconference with counsel for each of the defendants on August 12, 2020, at 10:30 am.

To access the call, participants must dial in to **888-363-4734** and enter the access code **1527005**, followed by the security code **1072**.  During the call, participants are directed to observe the following rules:

    1.    Use a landline whenever possible.

    2.    Use a handset rather than a speakerphone.

      3.      All callers in to the line must identify themselves if asked to.

      4.      Identify yourself each time you speak.

      5.      Mute when you are not speaking to eliminate background noise.

      6.      Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
       August 7, 2020

        /s/ Laura Taylor Swain
       LAURA TAYLOR SWAIN
       United States District Judge