# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 27, 2020

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Martinez-Aguilar, et al*, 20 Cr. 333 (LTS)

Dear Judge Swain:

I represent defendant Sebastian Ramos in the above-captioned case.

I write on consent (Pretrial Services Officer Dayshawn Bostic) to respectfully request that the Court modify Mr. Ramos's travel restrictions to allow him to travel to the Northern District of New York on Saturday, August 29, 2020. Mr. Ramos would like to travel with his family to Kaaterskill Falls in the Catskills, and will return the same day. The Government – per Assistant U.S. Attorney Jarrod Schaeffer – defers to Pretrial in connection with this request.

Thank you for your consideration of this request.

Respectfully submitted,

The requested modification is granted.
DE#44 resolved.
SO ORDERED.
8/27/2020
/s/ Laura Taylor Swain, USDJ

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Jarrod Schaeffer and Rushmi Bhaskaran Esqs., by ECF
      U.S. Pretrial Services Officer Dayshawn Bostic, by e-mail