**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 21, 2021

*By ECF and by e-mail*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Martinez-Aguilar*, et al., 20 Cr. 333 (LTS)

Dear Chief Judge Swain:

I represent defendant Sebastian Ramos in the above-captioned case.

I write on consent (Pretrial Services Officer Dayshawn Bostic) to respectfully request that the Court modify Mr. Ramos's travel restrictions to allow him to travel for work to the Eastern District of Pennsylvania from July 23, 2021 to July 24, 2021. The Government – per Assistant U.S. Attorney Jarrod Schaeffer – defers to Pretrial Services office in connection with this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Jarrod Schaeffer and Rushmi Bhaskaran Esqs., by ECF
      U.S. Pretrial Services Officer Dayshawn Bostic, by e-mail

The modification request is granted. Docket entry no. 93 is resolved.
SO ORDERED.
7/21/2021
/s/ Laura Taylor Swain, Chief USDJ