UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                      No. 20-CR-333-LTS-4

SEBASTIAN RAMOS,                            ORDER

        Defendant.

---------------------------------------------------------x

        The sentencing in this case is scheduled to proceed on February 18, 2022, at 11:30 a.m. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                  /s/ Laura Taylor Swain
      February 14, 2022                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge